UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ray Shawn Hill                          Docket No. 2:11-CR-49-3BO

## Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ray Shawn Hill, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack) and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1) and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 13, 2012, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ray Shawn Hill was released from custody on May 19, 2015, at which time the term of supervised release commenced. On September 5, 2016, a Violation Report was sent to the court advising of the defendant's use of marijuana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 15, 2017, the court was notified of the defendant's use of marijuana and consented to the probation officer's request to refer Hill for treatment. An assessment has been completed and Hill was recommended for treatment. However, a drug aftercare condition is necessary for the defendant to continue these services. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                       /s/ Julie Wise Rosa
Michael C. Brittain                            Julie Wise Rosa
Supervising U.S. Probation Officer        Senior U.S. Probation Officer
                                                           310 New Bern Avenue, Room 610
                                                           Raleigh, NC 27601-1441
                                                           Phone: 919-861-8675
                                                           Executed On: July 01, 2017

Ray Shawn Hill
Docket No. 2:11-CR-49-3BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __3__ day of __July__, 2017, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge